UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIAMOND RESORTS
INTERNATIONAL, INC., DIAMOND
RESORTS CORPORATION,
DIAMOND RESORTS U.S.
COLLECTION DEVELOPMENT, LLC,                    CASE NO.: 6:19-cv-0370-PGB-LRH
and DIAMOND RESORTS
MANAGEMENT, INC.,

   Plaintiffs,

v.

ORLANDO VENTURES, INC.,
HELPING TIMESHARE OWNERS,
INC., TIMESHARE LAWYERS SERVICES, LLC,
ALLAN CAMPBELL, ATTORNEY AT
LAW, LLC, a/k/a BEST DEFENSE LAW TEAM,
ALLAN CAMPBELL, individually,
and WILLIAM W. HOWELL, Jr., individually,
ANDREA M. ROEBUCK, individually,
RODERIC LEE BOLING, III, individually,
BEST DEFENSE LAW, P.A., and
NASHVILLE TENNESSEE VENTURES,
INC.,

   Defendants.

_____/ Fla Bar. No.: 0983675

**DEFENDANTS ORLANDO VENTURES, INC.; HELPING TIMESHARE OWNERS,**
**INC., NASHVILLE TENNESSEE VENTURES, INC.; WILLIAM W. HOWELL, JR.,**
**JOHN PRESTON THOMPSON and JOHN STEVEN HUFFMAN'S  CERTIFICATE**
**OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

   Defendant NASHVILLE TENNESSEE VENTURES, INC., by and through undersigned

counsel and, pursuant Rule 7.1, Fed.R.Civ.P. and this Court's Interested Persons Order For Civil

Cases, hereby disclose the following:

   1.  The name of each person, attorney, association of persons, firm, law firm,

partnership, and corporation that has or may have an interest in the outcome of this action –
including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies
that own 10% or more of a party's stock, and all other identifiable legal entities related to any
party in the case:

      a.     **NASHVILLE TENNESSEE VENTURES, INC.**

      b.     **Steve Huffman** as shareholder of NASHVILLE TENNESSEE VENTURES, INC.

      c.     **John Preston Thompson** as shareholder of NASHVILLE TENNESSEE VENTURES, INC.

      d.     **ORLANDO VENTURES, INC.**

      e.     **HELPING TIMESHARE OWNERS, INC.**

      f.     **William W. Howell, Jr.** as sole shareholder of ORLANDO VENTURES, INC.,
and HELPING TIMESHARE OWNERS, INC.

      g.     **Steven Ashraf Halim** as a defendant in this action.

      h.     **David Anthony Wilson, Esq.** as counsel for Defendants NASHVILLE
TENNESSEE VENTURES, INC., ORLANDO VENTURES, INC., HELPING TIMESHARE
OWNERS, INC., TIMESHARE LAWYERS SERVICES, LLC, and WILLIAM W. HOWELL,
JR.

      i.     **Shutts & Bowen, LLP, Alfred J. Bennington, Jr., Esq., Glennys Ortega Rubin,
Esq., Michael Quinn, Esq.,** as counsel for Plaintiffs.

      2.     The name of every other entity whose publicly-traded stock, equity, or debt may
be substantially affected by the outcome of the proceedings: **None**.

      3.     The name of every other entity which is likely to be an active participant in the
proceedings, including the debtor and members of the creditors' committee (or twenty largest

unsecured creditors) in bankruptcy cases: **None**.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution**: WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, SHELL VACATIONS, LLC, SVC-WEST, LLC, SVC-AMERICANA,. LLC, SVC-HAWAII, LLC.**

5. Following are all publicly held companies, if any, that own ten percent (10%) or more of the named party's stock**: None**.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Respectfully Submitted,

/s/ David A. Wilson_____
David Anthony Wilson, Esquire
Florida Bar No.: 0983675
201 S.W. 2nd Street, #101
Ocala, Florida 34771
Telephone: (352) 629-4466
Facsimile: (352) 732-6469
Email: david@dwilsonlaw.com
Trial Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion was electronically filed with the Clerk of the Court utilizing the CM/ECF system on this 25th day of April, 2019 and thereby simultaneously served via electronic mail on all Counsel of Record in the above-styled action.

/s/ David A. Wilson_____
David Anthony Wilson, Esquire

3